E-FILED
Friday, 26 July, 2019  03:25:10 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## for the Central District of Illinois

FILED

Azmiyah Island Bey AKA
Alexandria Washington
        Plaintiff,

  v.

Coles County/Coles County Courthouse
James Glenn
Matthew Sullivan Defendant(s).

)
)
)
)
)
)
)
)
)
)

Case No.

JUL 2 6 2019

**CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS**

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

**I.     JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

**II.     PARTIES**

**Plaintiff:**

A.     Plaintiff, a ~~citizen~~ National of American National | Georgia (state), who resides at
c/o 4010 Princeton Pl SW Atlanta Georgia, alleges that

his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B.     Defendant _James Glenn_ is employed as a
           (a) (Name of First Defendant)
_Judge_
           (b) (Position/Title)
with _Coles County Courthouse 651 Jackson Charleston Illinois_
           (c) (Employer's Name and Address)

1

*Check one of the following:*

☒This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

James Glenn Willingly ignore his lack of Jurisdiction, Falsified Documents to Force Jurisdiction, Ignored the Plaintiffs Nationality and Immunity to the Case/Court. Purposely Allowed the Kidnapping of M. Brewer who is NOT a ward of the State By Birth Right, Purposely Violate Peace + Friendship Treaty Violated Civil, Human + Constitutional Rights.

☒The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

Demand Immediate Return of M. Brewer Reversal of Parental Rights.

**Defendant #2:**

C.   Defendant Brian Bower _____ is employed as a
     (a) (Name of Second Defendant)
_____ State's Attorney _____
     (b) (Position/Title)
with Coles County Courthouse 651 Jackson Charleston, Illinois
     (c) (Employer's Name and Address)

*Check one of the following:*

☒This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

Personally tried a Case with No Cause, No Evidence, No Due Process No Jurisdiction. Knowledge of Plaintiff Nationality By Record Assist with Continued Kidnap of M Brewer Violate his oath to uphold the peace treaty Be Peace + Friendship Treaty

☐The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

2

**Defendant #3:**

D.    Defendant _Coles County_____ is employed as a
(a) (Name of Third Defendant)
_County of the State Illinois_____
(b) (Position/Title)
with _Treasurer/Comptroller  651 Jackson_____.
(c) (Employer's Name and Address)

*Check one of the following:*

☒This defendant **personally participated** in causing my injury, and I want **money damages**.  Briefly describe how this defendant participated: _Indirectly Responsible for County Affairs and Mistreatment/Abuse of Authority_

☐The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Additional Defendant(s) (if any):**

E.    Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

Judy Baker - GAL - 651 Jackson Ave
Charleston, Illinois.
Matthew Sullivan - Judge - 651 Jackson Ave

3

## III. PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in federal court? Yes ☐   ☒ No

B.   If your answer to "A" is YES, describe the lawsuit in the space below. *If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.*

1.   Parties to previous lawsuits:

Plaintiff(s):

Defendant(s):

2.   Date of Filing:

3.   Case Number:

4.   Jurisdiction/Court:

5.   Name of Judge:

6.   Issues Raised:

7.   Disposition of Case (for example:  Was the case dismissed?  Was it appealed?  Is it still pending?):

8.   Date of Final Disposition:

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth each claim in a separate paragraph.*

1. On or about __8/12/2015__ → Termination of Rights Hearing __(month,day,year)__, at approximately __10:56am__ ☑ a.m. ☑ p.m., plaintiff was present in the municipality (or unincorporated area of) __Coles County Courthouse__, in the County of __Coles__, in the State of Illinois, at __651 Jackson St Charleston, Illinois 61920__ where defendant(s) violated plaintiff's civil rights as follows *(check each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☐ searched plaintiff or his property without a warrant and without reasonable cause;

☐ used excessive force upon plaintiff;

☑ failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;

☐ failed to provide plaintiff with necessary medical care;

☑ conspired together to violate one or more of plaintiff's civil rights;

☐ other *(please explain)*: _____

_____

_____

2. Plaintiff was charged with one or more crimes, specifically: __Family Court No Criminal Charges__

_____

3. The criminal proceedings *(check the box that applies)*:

☐ are still pending.
☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
☐ resulted in a finding of guilty on one or more of the charges.
☑ other: __Termination Of Parental Rights Due to Mental Health History.__

_____

5

4.  Plaintiff further alleges as follows:  *Describe what happened that you believe supports your claims.  To the extent possible, be specific as to your own actions and the actions of each defendant.*

The defendants purposely violated my and my child Civil, Human, Constitutional Rights. by kidnapping and Human Trafficking a Moor American National without Permission or Jurisdiction.

All Defendants were properly informed of my Nationality Status and their lack of Jurisdiction All Defendants made false claims on Record and tampered with evidence. Forcing Plantiff to pay Child Support to extort her to get her Offspring. Defendants failed to bring Cause of kidnapping and Rely on the Plantiff's Mental Health Status as a Adolecent/Minor Child. While Discriminating against the Plantiff's Mental Health failed to follow ICWA Laws and Violate Peace And Friendship Treaty of 1786.

Defendants used a voided Allegation 60 to Continue the Kidnapping of Melah Brewer.

Melah Pearl Brewer Return is Demanded

5.  Defendant(s) acted knowingly, intentionally, willfully, and maliciously.

6.  As a result of Defendant's conduct, plaintiff was injured as follows:

Plantiff's Child Melah Brewer is Still Being held Captive, Plantiff's has suffered Mental Damage Plantiff's Child Melah Brewer is Being Stripped Of Culture and Plantiff's 2nd Child has a mentally Been Damage from Bond With sister

7.  Plaintiff asks that this case be tried by a jury.  ☐ Yes   ☑ No

## V.  PRAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1. Compensatory Damages in the amount of $ 3,039,000.00 to compensate for *(check all that apply)*:

   - ☐ bodily harm
   - ☑ emotional harm
   - ☑ pain and suffering
   - ☑ loss of income
   - ☑ loss of enjoyment of life
   - ☑ property damage

2. Punitive Damages:    ☑ Yes    ☐ No

3. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.


## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Date: 7/16/2019

Signature of Plaintiff: *Alexandria Washington AKA Azmiyah Bey*

Plaintiff's Name *(print clearly or type)*: Alexandria Washington AKA Azmiyah Bey

Mailing Address: C/o 4010 Princeton Pl SW

City: Atlanta        State: Georgia   Zip: 30331

Plaintiff's Telephone Number: (478) 767 5412 OR 773 503 9799